UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

RUTH PERRY AND JOHN PERRY,　　　　　**JURY DEMAND**
　　　　　　Plaintiffs,
　- against -　　　　　　　　　　　　　No. 1:09-CV-731
　　　　　　　　　　　　　　　　　　　GLS/RFT
BAYER CORPORATION,
　　　　　Defendants.

---

The plaintiffs demand a jury trial in the above-entitled matter.

Dated: July 24, 2009　　　　　　　　　　　*Jeffrey N. Miller*
　　　　　　　　　　　　　　　　　　　Jeffrey N. Miller, Esq.
　　　　　　　　　　　　　　　　　　　Bar Roll No. 102204
　　　　　　　　　　　　　　　　　　　Friedman, Hirschen & Miller LLP
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs
　　　　　　　　　　　　　　　　　　　100 Great Oaks Blvd., Suite 124
　　　　　　　　　　　　　　　　　　　PO Box 38279
　　　　　　　　　　　　　　　　　　　Albany, NY 12203
　　　　　　　　　　　　　　　　　　　(518) 377-2225

To:　Heidell, Pittoni, Murphy & Bach, LLP
　　　Charles L. Bach, Jr., Esq.
　　　Scott M. Zimmerman, Esq.
　　　99 Park Avenue
　　　New York, NY 10016
　　　(212) 286-8585