## LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

ATTORNEYS AT LAW

250 HUDSON STREET, 8TH FLOOR
NEW YORK, NEW YORK 10013-1413
TELEPHONE: (212) 355-9500
FACSIMILE: (212) 355-9592
mail@lchb.com
www.lchb.com

SAN FRANCISCO
NASHVILLE

August 26, 2009



**FIRST CLASS MAIL**

Lawrence K. Baerman, Clerk of Court
U.S. District Court
Northern District of New York
100 S. Clinton St.
PO Box 7367
Syracuse, NY 13261

Re:   Ruth Perry and John Perry v. Bayer Corporation, et al., No. 09-cv-00731

Dear Mr. Baerman:

On behalf of Wendy R. Fleishman, counsel for Plaintiff in the related action *Candis Corey v. Bayer Corporation, et al.,* U.S.D.C. ND OH 09-cv-01984, please find enclosed for your records the Interested Person Response of Plaintiff Candis Corey for Inclusion in MDL Docket No. 2100 Moving for Centralization and for Consideration of the Northern District of Ohio Western Division as Transferee District and Memorandum of Law in Support of Interested Person Response of Candis Corey for Inclusion in MDL Docket No. 2100.

This Response was express mailed to the Clerk of the Judicial Panel of Multidistrict Litigation for filing on August 26, 2009. If you require additional copies, please let us know.

Very truly yours,

Dawn Behrmann
Senior Paralegal

DB:db
Enclosures
831774.1

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

ATTORNEYS AT LAW

WENDY R. FLEISHMAN
PARTNER

780 THIRD AVENUE, 48TH FLOOR
NEW YORK, NEW YORK 10017-2024
TELEPHONE: (212) 355-9500
FACSIMILE: (212) 355-9592
mail@lchb.com
www.lchb.com

NEW YORK
WASHINGTON, D.C.
BEVERLY HILLS
NASHVILLE

August 26, 2009

**VIA FEDERAL EXPRESS AND FACSIMILE**

Michael J. Beck, Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, D.C. 20002-8004

      Re:    In re: Yasmin/Yaz Products Liability Litigation, MDL Docket No. 2100

Dear Mr. Beck:

On behalf of Interested Party Plaintiff Candis Corey, I have enclosed for filing the following document:

1) Interested Person Response of Plaintiff Candis Corey for Inclusion in MDL Docket No. 2100, Moving for Centralization and for Consideration of the Northern District of Ohio, Western Division as Transferee District and,

2) Memorandum of Law in Support of Interested Person Response of Plaintiff Candis Corey for Inclusion in MDL Docket No. 2100 for Centralization and for Consideration of the Northern District of Ohio as Transferee District.

Please file the document and return one file-stamped copy to me via PREPAID Federal Express envelope that I have enclosed for this purpose.

Should you have any questions, please do not hesitate to call me at (212) 355-9500.

**VIA FEDERAL EXPRESS MAIL**

Michael J. Beck, Clerk of the Panel
August 26, 2009
Page 2

    We greatly appreciate your attention to this matter.

            Respectfully,

            Wendy R. Fleishman

WRF/lem
Enclosures
cc: All Counsel
   Elizabeth J. Cabraser

831397.1